IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSPREY PARTNERS RSF LLC and<br>SVOBODA CONSULTING,<br><br>    Plaintiffs,<br><br>  v.<br><br>UBS FINANCIAL SERVICES INC. and<br>DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____ / | No. C 16-04894 WHA<br><br>**NOTICE RE OPPORTUNITIES<br>FOR YOUNG ATTORNEYS** |

    Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue this motion to compel arbitration.

Dated: November 7, 2016.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE