UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OSPREY PARTNERS RSF LLC and
SVOBODA CONSULTING,

      Plaintiff(s)

 v.

UBS FINANCIAL SERVICES INC.,
and DOES 1 through 10, inclusive,

      Defendant(s)

CASE No C 16-cv-04894-WHA

~~STIPULATION AND [PROPOSED]~~
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☒ **Private ADR** (*specify process and provider*)
The parties are currently determining the availability of potential mediators.

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☐ other requested deadline:

Date:  November 10, 2016

/s/ Scott M. Stillman
Attorney for Plaintiff - Cliff Palefsky, Scott M. Stillman
McGuinn, Hillsman & Palefsky

Date:  November 10, 2016

/s/ Alexander J. Bukac
Attorney for Defendant - Julie L. Taylor, Alexander J. Bukac
Keesal, Young & Logan

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:  November 14, 2016.

_____
U.S. DISTRICT/MAGISTRATE JUDGE

*Form ADR-Stip rev. 7-2016*