JULIE L. TAYLOR, CASB No. 154341
julie.taylor@kyl.com
ALEXANDER J. BUKAC, CASB No. 305491
alexander.bukac@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendant
UBS FINANCIAL SERVICES INC.

Cliff Palefsky (State Bar No. 77683)
Scott M. Stillman (State Bar No. 267506)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202
Emails: cp@mhpsf.com
sstillman@mhpsf.com

Attorneys for Plaintiffs
OSPREY PARTNERS RSF LLC and
SVOBODA CONSULTING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSPREY PARTNERS RSF LLC and SVOBODA CONSULTING,<br><br>Plaintiffs,<br><br>vs.<br><br>UBS FINANCIAL SERVICES INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:16-cv-04894 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a).

DATED: February 13, 2017

/s/ Julie L. Taylor
JULIE L. TAYLOR
ALEXANDER J. BUKAC
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
UBS FINANCIAL SERVICES INC.

DATED: February 13, 2017

/s/ Cliff Palefsky
CLIFF PALEFSKY
SCOTT M. STILLMAN
MCGUINN, HILLSMAN & PALEFSKY
Attorneys for Plaintiffs
OSPREY PARTNERS RSF LLC
SVOBODA CONSULTING

**[PROPOSED] ORDER**

The above-captioned action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a).

IT IS SO ORDERED.

Dated: February ___, 2017

THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order for Dismissal with Prejudice. In compliance with General Order 45.X.B., I hereby attest that the other signatories have concurred in this filing.

Dated: February 13, 2017

By: /s/ Scott M. Stillman
SCOTT M. STILLMAN
MCGUINN, HILLSMAN & PALEFSKY
Attorneys for Plaintiffs
OSPREY PARTNERS RSF LLC
SVOBODA CONSULTING