| | |
|---|---|
| 1 | JULIE L. TAYLOR, CASB No. 154341 |
| | julie.taylor@kyl.com |
| 2 | ALEXANDER J. BUKAC, CASB No. 305491 |
| | alexander.bukac@kyl.com |
| 3 | KEESAL, YOUNG & LOGAN |
| | A Professional Corporation |
| 4 | 450 Pacific Avenue |
| | San Francisco, California  94133 |
| 5 | Telephone:     (415) 398-6000 |
| | Facsimile:     (415) 981-0136 |
| 6 | |
| | Attorneys for Defendant |
| 7 | UBS FINANCIAL SERVICES INC. |

Cliff Palefsky (State Bar No. 77683)
Scott M. Stillman (State Bar No. 267506)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, California 94133
Telephone:  (415) 421-9292
Facsimile:   (415) 403-0202
Emails:  cp@mhpsf.com
             sstillman@mhpsf.com

Attorneys for Plaintiffs
OSPREY PARTNERS RSF LLC and
SVOBODA CONSULTING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSPREY PARTNERS RSF LLC and SVOBODA CONSULTING, | Case No.: 3:16-cv-04894 WHA |
| Plaintiffs, | ~~STIPULATION AND [PROPOSED]~~ **ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| UBS FINANCIAL SERVICES INC., and DOES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a).

DATED: February 13, 2017             /s/ Julie L. Taylor
JULIE L. TAYLOR
ALEXANDER J. BUKAC
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
UBS FINANCIAL SERVICES INC.

DATED: February 13, 2017             /s/ Cliff Palefsky
CLIFF PALEFSKY
SCOTT M. STILLMAN
MCGUINN, HILLSMAN & PALEFSKY
Attorneys for Plaintiffs
OSPREY PARTNERS RSF LLC
SVOBODA CONSULTING

## [PROPOSED] ORDER

The above-captioned action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a).

IT IS SO ORDERED.

Dated: February 14, 2017

THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE